ROBERT S. BLUMBERG, Bar No. 161649
rblumberg@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Fax No.: 310.553.5583

YESENIA GARCIA PEREZ, Bar No. 264880
LITTLER MENDELSON, P.C.
ygarciaperez@littler.com
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Fax No.: 925.946.9809

Attorneys for Defendant
UNITED SITE SERVICES OF CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROBERTO TORRES ESPINOZA, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED SITE SERVICES OF CALIFORNIA, INC. a California corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.<br><br>**DEFENDANT UNITED SITE SERVICES OF CALIFORNIA INC.'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>**[28 U.S.C. §§ 1331, 1441 Federal Question]**<br><br>Complaint Filed: April 11, 2022<br>(Sonoma County Superior Court Case No. SCV-270575) |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant United Site Services of California, Inc. ("Defendant") hereby removes the matter of *Jose Roberto Torres Espinoza v. United Site Services of California, Inc.*, pending before the Superior Court of the State of California for the County of Sonoma, Case No. SCV-270575, to the United States District Court for the Northern District of California pursuant to 28 U.S.C. sections 1331 and 1441(a) and 1446. This removal is based upon the original jurisdiction of the federal district court over the parties under 28 U.S.C. section 1331 ("Section 1331") based upon the existence of a federal questions.

In support of its Notice of Removal of Civil Action to Federal Court, Defendant states the following:

# I. JURISDICTION AND VENUE

1. This Court has original jurisdiction under Section 1331, and this case may be removed pursuant to the provisions of 28 U.S.C. section 1441(a), in that it is a civil action that presents a federal question. As set forth below, this case meets all of Section 1331's requirements for removal and is timely and properly removed by the filing of this Notice.

2. Venue is proper in this Court pursuant to 28 U.S.C. sections 84(a), 1391 and 1446.

3. Pursuant to Civil L. R. 3-2(d), because this case was filed in the Superior Court of Sonoma, this case should be assigned to either the San Francisco or Oakland Division.

# II. STATUS OF PLEADINGS, PROCESS AND ORDERS

4. On or about April 11, 2022, Plaintiff Jose Roberto Torres Espinoza ("Plaintiff") commenced the above-captioned civil action in Sonoma County Superior Court by filing a Complaint entitled *Jose Roberto Torres Espinoza v. United Site Services of California, Inc.*, docketed as Case No. SCV-270575. On April 18, 2022, Plaintiff served United Site Services of California, Inc. with the Summons, Complaint, Notice of Assignment of Judge for all Purposes, Notice of Case Management Conference Order, and ADR Information Packet. True and correct copies of the Summons and Complaint and the accompanying documents are attached as **Exhibit A** to the Declaration of Yesenia Garcia Perez in Support of Defendant's Notice of Removal of Civil Action to Federal Court ("Garcia

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2

DEFENDANT'S NOTICE OF REMOVAL OF
CIVIL ACTION TO FEDERAL COURT

Perez Decl.") and incorporated here by reference. ("Garcia Perez Decl." ¶¶ 2-3, Exhibit A.)

5. On May 10, 2022, Defendant filed an Answer and Affirmative Defenses to Plaintiff's Complaint in the Superior Court of the State of California, Sonoma County. (Garcia Perez Decl. ¶ 4, Exhibit B). A true and correct copy of Defendant's Answer is attached here to as **Exhibit B**.

6. Pursuant to 28 U.S.C. section 1446(a), the attached Exhibits A through B constitute all process, pleadings and orders served on Defendant or filed or received by Defendant in this action. To Defendant's knowledge, no further process, pleadings, or orders related to this case have been filed or issued by the Superior Court of California, County of Sonoma, or served by any other party other than as described above. (Garcia Perez Decl. ¶ 5.)

### III. BASIS FOR FEDERAL QUESTION JURISDICTION

7. Section 1331 provides as follows:

> The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

8. This action is a civil action over which this Court has original jurisdiction based upon the existence of a federal question pursuant to Section 1331, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. section 1441(a) because it is a civil action that presents a federal question as set forth below.

9. In this action arising out of Plaintiff's employment with Defendant United Site Services of California, Inc., Plaintiff's First Cause of Action for Failure to pay overtime compensation expressly alleges a cause of action for failure to pay overtime wages under the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. section 201, *et seq*. (Exhibit A, Complaint, 5:5-14.) Plaintiff has also asserted a claim for liquidated damages pursuant to 29 USC §216 (Prayer for Relief ¶2); and attorneys' fees and costs pursuant to 29 USC §216 (Prayer for Relief ¶3). As such, this Court has original jurisdiction under Section 1331 as a civil action "arising under the Constitution, laws, or treaties of the United States."

10. Accordingly, this case may be removed to this Court by Defendant pursuant to Section 1331 and 28 U.S.C. section 1441(a) because it is a civil action that arises under the laws of the United States.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

3

DEFENDANT'S NOTICE OF REMOVAL OF
CIVIL ACTION TO FEDERAL COURT

## IV. BASIS FOR SUPPLEMENTAL JURISDICTION

11. The remaining claims, all related to Plaintiffs' employment with Defendant United Site Services of California, Inc. are based on the same facts, events, transactions and occurrences as Plaintiff's FLSA claim and are so related to Plaintiff's FLSA claim as to form part of the same case and controversy. Therefore, the Court has supplemental jurisdiction over these claims pursuant to 28 U.S.C. section 1367(a). Alternatively, the Court has jurisdiction of the remaining claims pursuant to 28 U.S.C. section 1441(c).

## V. TIMELINESS OF REMOVAL

12. This Notice of Removal is timely. This Notice of Removal has been filed within thirty (30) days of service on Defendant of the Summons and Complaint and within one year of the filing of the Complaint. 28 U.S.C. § 1446(a). Here, Plaintiff served Defendant with the Summons and Complaint on April 18, 2022. (*See* Garcia Perez Decl., ¶ 3.) Therefore, Defendant can remove this action up to and including May 18, 2022. *See* Fed. R. Civ. P. 6. This Notice of Removal is also timely because it has been filed within one year of April 11, 2022, the date the action was originally filed. 28 U.S.C. § 1446(b).

## VI. NOTICE TO COURT AND PARTIES

13. Contemporaneously with the filing of this Notice of Removal in the United States District Court for the Northern District of California, written notice of the removal will be given by the undersigned to counsel for Plaintiff, and a copy of this Notice of Removal will be filed with the Clerk of the Superior Court for the State of California, County of Sonoma.

WHEREFORE, Defendant respectfully requests that this action be removed from the Superior Court of the State of California County of Sonoma to the United States District Court for the Northern District of California, and that all proceedings hereinafter in this matter take place in the United States District Court for the Northern District of California.

//
//
//
//

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

4

DEFENDANT'S NOTICE OF REMOVAL OF
CIVIL ACTION TO FEDERAL COURT

| | |
|---|---|
| Dated: May 11, 2022 | LITTLER MENDELSON, P.C.<br><br>/s/ YESENIA GARCIA PEREZ<br>ROBERT S. BLUMBERG<br>YESENIA GARCIA PEREZ<br><br>Attorneys for Defendant<br>UNITED SITE SERVICES OF CALIFORNIA, INC. |

4869-2200-2719.2 / 085713-1061

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

5

DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT